This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-42477**

**IN THE MATTER OF THE KINSHIP GUARDIANSHIP OF KENYA A.C., FIDELIA RIVERA,**

Petitioner-Appellee,

v.

**CYNTHIA ALIRE and JORDAN COLES, Deceased,**

Respondents,

and

**VICTORIA ALIRE,**

Interested Party-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SANDOVAL COUNTY**
**Cheryl H. Johnston, District Court Judge**

Fidelia L. Rivera
Bernalillo, NM

Pro Se Appellee

Victoria Alire
Cortez, CO

Pro Se Appellant

## MEMORANDUM OPINION

**BACA, Judge.**

**{1}** Summary reversal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary reversal has been filed and the time for doing so has expired. **REVERSED.**

**{2}** **IT IS SO ORDERED.**

**GERALD E. BACA, Judge**

**WE CONCUR:**

**JENNIFER L. ATTREP, Judge**

**KATHERINE A. WRAY, Judge**